# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Brighton

**County** Suffolk County

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.:
- Same Defendant:    New Defendant:
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

**Defendant Name:** Loc Vo    **Juvenile:** ☐ Yes ☑ No

**Is this person an attorney and/or a member of any state/federal bar:** ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Brighton MA

**Birth date (Yr only):** 1967   **SSN (last4#):** 0325   **Sex:** M   **Race:** Asian American   **Nationality:** US Citizen

**Defense Counsel if known:** Tom Kerner, Esq   **Address:** 343 Commercial Street #104, Boston, MA 02109

**Bar Number:**

## U.S. Attorney Information:

**AUSA:** Seth B. Kosto    **Bar Number if applicable:** 641044

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect:

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 07/18/2022    **Signature of AUSA:** /s/ S.B.K.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____